MMC 555

FILED AUG 15 2008 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

ORIGINAL

**COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C § 1983**

Name Struggs Cedric C.S.
(Last) (First) (Initial)

Prisoner Number C-28615

Institutional Address P.O.Box 1050 D7-116, Soledad Cal. 93960-1050 Salinas Valley State prison

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

MMC

Cedric Lynn Struggs
(Enter the full name of plaintiff in this action.)

vs.

Mike Evans, Warden; Barraga, C. Lt. Fritz, R.W. Lt. David S. C/o Schlitz, D. C/o Quitevis, A. C/o Cortez. R. C/o Garcia, E. C/o Sanchez, E. C/o [redacted]
(Enter the full name of the defendant(s) in this action)

CV 08 3909
Case No. ______
(To be provided by the Clerk of Court)

**COMPLAINT UNDER THE CIVIL RIGHTS ACT, Title 42 U.S.C § 1983**

E-filing

***[All questions on this complaint form must be answered in order for your action to proceed..]***

I. Exhaustion of Administrative Remedies.

[**Note:** You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

A. Place of present confinement Salinas Valley State prison

B. Is there a grievance procedure in this institution?

YES (✓) NO ( )

C. Did you present the facts in your complaint for review through the grievance procedure?

YES (✓) NO ( )

D. If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue a certain level of appeal, explain why.

08-3909 MMC

1. Informal appeal No# S.V.S.P. D 08-00576. Appeal Written 1-20-08 ... CDC Bypassed.

2. First formal level CDC by-passed.

3. Second formal level Denied March 26, 2008

4. Third formal level Denied July 18. 2008

E. Is the last level to which you appealed the highest level of appeal available to you?

YES (✓) NO ( )

F. If you did not present your claim for review through the grievance procedure, explain why.

II. Parties.

A. Write your name and your present address. Do the same for additional plaintiffs, if any.

Cedric L. Struggs C-28615
P.O. Box 1050 DA-116
Soledad, Cal. 93960-1050

B. Write the full name of each defendant, his or her official position, and his or her place of employment.

Warden of Salinas Valley State prison (Mike Evans),

Employed at S.V.S.P L.T. (Barroga C.), Employed at S.V.S.P. L.T. (Fritz R.W.), Employed at S.V.S.P. C/o (David S.), Employed at S.V.S.P. C/o (Schlitz O.), Employed at S.V.S.P. C/o (Quitevis A.) Employed at S.V.S.P.

III. Statement of Claim. SEE 3A, on next page.

State here as briefly as possible the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

On Nov. 25, 2007 a riot occurred in the dayroom at S.V.S.P. involving a total of Nine inmates, 3-Blacks, 5-Mexicans alone with 1-White. Several officers reported Stating what they observed, approximately Six officers begun Spraying O.C. inwhich inmates Stoped, placed in Cuffed and tooked outside for MTA to obtain a 7219 on all inmates. After being Examine at CTC hospital for laceration on my upper back, then I was placed in Ad-Seg. On Dec 7, 2007 C/o S. David issued CDC 115, I advised her not to post-poned my hearing, I request I.E., did request Witnesses after recieving and review of incident package, about aweek later (see additional pages of 3B, 3C and 3D)

IV. Relief.

Your complaint cannot go forward unless you request specific relief. State briefly exactly what you want the court to do for you. Make no legal arguments; cite no cases or statutes.

Order Respondant's to be responsible for thier wrongful Acts, award Monetary Damages. Dismiss Respondent(s) findings.

Additional Sheet
of page 2 and 3
of Defendant(s),

C/o (Cortez R.), Employed at S.V.S.P.

C/o (Garcia E.), Employed at S.V.S.P.

C/o (Shanchez E.), Employed at S.V.S.P.

~~C/o (Rowe J.), Employed at another in-stitution.~~

Warden (Mike Evans) Employed at S.V.S.P.

% D. Schlitz arrived to my Ad-Seg Cell D1-119 Stating this is your whole incident package, and I am your I.E. as well. I informed him I have no problem with him being my I.E.,

After D. Schlitz returned to pick up Questions for Witnesses he said he would be back with Complete form.

On and about 12-27-07 % S. David provided the Questions of witnesses and left.

On 12-29-07 inmate appeared before Lt. R.W. Fritz S.H.O, I had told S.H.O I was not ready to proceed, based on all my documents of Evidence was in my Cell, that the officers just pulled us off the Cage yard. S.H.O. Said well I have the paper work right in front of me. again I object, S.H.O. Started to proceed again with the hearing. I told him that my I.E. had intentionally manipulated my Questions with my Cell-mates Questions, S.H.O. agreed. I also pointed out I requested witnesses at this hearing. So S.H.O. again agreed and therefore postpone the hearing. (1) for Knew I.E., (2) to Question Every Witness.

On Jan 1. 2008 I.E. D. Schlitz arrived to my Cell Saying here are your Questions,

that I am Sorry for the mistake.

On Jan 3. 2008 RVR hearing reconvened. my plea was Not Guilty. S.H.O. asked did I have any Questions. I asked that I would like to Question my first Witness. S.H.O Said you have no Witnesses, I advised S.H.O. that these Witnesses are important towards my defense. I further Stated our last hearing on 12-29-07 you Said I would get a new I.E. based on the error made by D. Schlits, and I would have Witnesses Called.

S.H.O. Stated: I May have Said that but today is another hearing: and by the findings and the preponderance of evidence I find you guilty... I then ask; I am trying to show by Evidence, that I needed all Witnesses and Video Evidence that is not accurate to what Defendant(s) witnesses Stated in their reports. ..S.H.O. then Said: Well, I Can't Say that is the error you made by not informing c/o S. David that you reQuest Witnesses, and video Evidense. but I will Say you made a mis-take. Petitioner then Said: if you refusing to allow Witnesses + Video into this hearing

then you are in Violation for Due process... S.H.O. Said; Well Mr. Struggs is there anything else you wish to bring at this hearing. I Said: yes, I Still Can Show you how your officers did not See, as to what they wrote in their reports. false reports Written. S.H.O. Said Mr. Struggs you will just have to 602 this hearing...; officer will you please give this inmate an appeal form.

On Jan. (1-20-08) petitioner filed CDC appeal (602). Respondents bypassed informal Level. they Even Bypassed petitioners dissatisfied response, giving petitioner to only answer the Second level Denial by way of Appealing to the Director's Level Appeal Decision. (on 4-2-08).

On about July 25. 2008 petitioner recived Respondants Denial, inwhich they Strongly agreed with the S.H.O. findings and Order.

Now, on this July 31. 2008 petitioner brings this Honorable Court to resolve this matter at this level.

The forgoing is true and Correct.

Date July 31. 2008

[signature]
Cedric L. Struggs

Request that this Court grant petitioner a hearing by Jury. (See status report of claims for Each Defendant on next page.) one + two

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 31 day of July, 2008

Calvin Strugg [signature]

(Plaintiff's signature)

Status Claims for Each Defendant(s). on page -1- Complaint by a prisoner, vs.

1. Mike Evans (Warden) is responsible for his employed officers. Mike Evans neglect to petitioners request for a proper investigation. Dollar amount $ 100.000., fine..

2. Barroga, C. "Lt" is responsible for the lack of truthfulness in his report and the reports of his officer(s). the lack of Conducting a riot Situation, and the Cover up of officer E. Sanchez. Dollar amount $ 100.000., fine.

3. Fritz R.W. "Lt" is responsible for lack of training Conducting a Disciplinary hearing. Violation refusing petitioner (New I.E.)... Violation in rejecting Petitioner Witnesses, Violation in rejecting Video Evidence at hearing. in the amount of $ 100.000, fine.

4. David, S. "c/o" is responsible for her lack of Knowledge and training in CDC 115 Concerning Writing down if petitioner wanted Witnesses. and those officers requested, the amount of $ 25.000, fine.

5. Schlitz D. "c/o" is responsible for Stifling Witnesses Questions with his Cellmate Batriz. (deliberately), false report.

refusing to ask Questions to witnesses, in the amount $50.000, fine.

6. Quitevis. A. '%' is responsible for his lack of training in dealing with a riot. Writing false report, but only to Cover up for other officers. in the amount $ 25.000. fine,

7. Cortez, R. '%' is responsible for his failed training in dealing with a riot. false report, Cover Up of other officers. in the amount $25.000. fine.

8. Sanchez. E. "%" is responsible for her false reports.. and to assist Lt. Barraga C. to Cover for her. in the amount $50.000, fine.

9. R. ~~[redacted]~~ Garcia '%' is responsible for his false report, lack of training in dealing with a riot in the amount of $ 25.000, fine.

Date July 31. 2008

Cedric L. Struggs

E-Filing, ProSe

**U.S. District Court**
**California Northern District (San Francisco)**
**CIVIL DOCKET FOR CASE #: 3:08-cv-01495-MMC**
**Internal Use Only**

Struggs v. Evans et al
Assigned to: Hon. Maxine M. Chesney
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 03/18/2008
Jury Demand: None
Nature of Suit: 555 Prisoner: Prison Condition
Jurisdiction: Federal Question

**Plaintiff**

**Cedric Lynn Struggs**

represented by **Cedric Lynn Struggs**
Salinas Valley State Prison
C-28615
P.O. Box 1050 07-116
Soledad, CA 93960-1050
PRO SE

V.

**Defendant**

**Warden Mike Evans**

**Defendant**

**Obudsmen Office**

**Defendant**

**Matthew Thomas**

**Defendant**

**Captain G. Ponder**

**Defendant**

**Lieutenant J. Stevenson**

**Defendant**

**Sergeant E. Moore**

**Defendant**

**Sergeant M. Nillsson**

**Defendant**

**Lieutenant J. Celaya**

**Defendant**

**Correctional Officer J. Rodriguez**

**Defendant**

**Correctional Officer R. Reynoso**

**Defendant**

**Correctional Officer T. Woolf**

**Defendant**

**Correctional Officer E. Camarena**

**Defendant**

**Correctional Officer O. Reynoso**

**Defendant**

**Correctional Officer T. Sheets**

**Defendant**

**LVN H. Sanchez**

**Defendant**

**E. Medina**

| Date Filed | # | Docket Text |
|---|---|---|
| 03/18/2008 | 1 | COMPLAINT UNDER THE CIVIL RIGHTS ACT, Title 42 U.S.C. 1983 (NO PROCESS); (IFP PENDING) against J. Rodriguez, R. Reynoso, T. Woolf, E. Camarena, O. Reynoso, T. Sheets, H. Sanchez, E. Medina, Mike Evans, Obudsmen Office, Matthew Thomas, G. Ponder, J. Stevenson, E. Moore, M. Nillsson, J. Celaya. Filed byCedric Lynn Struggs. (aaa, Court Staff) (Filed on 3/18/2008) (Entered: 03/19/2008) |
| 03/18/2008 | 2 | DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS filed byCedric Lynn Struggs. (aaa, Court Staff) (Filed on 3/18/2008) (Entered: 03/19/2008) |
| 03/18/2008 | 3 | Letter from Clerk requesting a signed and completed IFP application or filing fee of $350.00. (aaa, Court Staff) (Filed on 3/18/2008) (Entered: 03/19/2008) |
| 03/18/2008 | | CASE DESIGNATED for Electronic Filing. (aaa, Court Staff) (Filed on 3/18/2008) (Entered: 03/19/2008) |
| 04/08/2008 | 4 | MOTION for Leave to Proceed in forma pauperis filed by Cedric Lynn Struggs. (aaa, Court Staff) (Filed on 4/8/2008) (Entered: 04/10/2008) |
| 04/18/2008 | 5 | Letter dated 03-31-08: from Cedric Struggs re Certification of funds to the |

| | | |
|---|---|---|
| | | Trust Office. (aaa, Court Staff) (Filed on 4/18/2008) (Entered: 04/23/2008) |
| 05/13/2008 | 6 | MOTION FOR CORRECTION ON DEFENDANT: TO BE ADDED IN THIS CASE filed by Cedric Lynn Struggs. (aaa, Court Staff) (Filed on 5/13/2008) (Entered: 05/14/2008) |

Cedric Struggs C-28615
P.O. Box 1050 D7-116
Soledad, Cal. 93960-1050
Salinas Valley State Prison

$ 02.19

Confidential
Legal Mail

pro se

RECEIVED
AUG 7 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Office of the Clerk, U.S. District
Court Northern District of California
450 Golden Gate Ave.
San Francisco, California, 94102

LEGAL MAIL ON