FILED
AUG 15 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Cedric Lynn Struggs,
        Plaintiff,

vs.

Mike Evans, Warden Et.al.,
        Defendant.

CASE NO. 08 3909 MMC (PR)

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, Cedric Struggs, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ____ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

PRIS. APP. TO PROC. IN FORMA PAUPERIS        - 1 -

1      b.    List the persons other than your spouse who are dependent upon you for
2           support and indicate how much you contribute toward their support. (NOTE:
3           For minor children, list only their initials and ages. DO NOT INCLUDE
4           THEIR NAMES.).
5  _____
6  _____
7  5.    Do you own or are you buying a home?    Yes ____ No ____
8  Estimated Market Value: $_____ Amount of Mortgage: $_____
9  6.    Do you own an automobile?    Yes ____ No ____
10 Make _____ Year _____ Model _____
11 Is it financed? Yes _____ No _____ If so, Total due: $ _____
12 Monthly Payment: $ _____
13 7.    Do you have a bank account? Yes ____ No ____ (Do <u>not</u> include account numbers.)
14 Name(s) and address(es) of bank: _____
15 _____
16 Present balance(s): $ _____
17 Do you own any cash? Yes ____ No ____ Amount: $ _____
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.) Yes ____ No ____
20 _____
21 8.    What are your monthly expenses?
22 Rent: $ _____ Utilities: _____
23 Food: $ _____ Clothing: _____
24 Charge Accounts:
25 Name of Account    Monthly Payment    Total Owed on This Acct.
26 _____ $ _____ $ _____
27 _____ $ _____ $ _____
28 _____ $ _____ $ _____

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

Restitution 600.00 to P.O.

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?  Yes ✓ No ___

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

Noted: the prior Case No# CV-08-1495 in this Court is based on Respondents retaliation within this Case.

    I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

    I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

July 31, 2008          _Celi Strange_

DATE            SIGNATURE OF APPLICANT

Case Number: _____

## CERTIFICATE OF FUNDS

## IN

## PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of **C28615 Struggs, Cedric** for the last six months at

SALINAS VALLEY STATE PRISON
ACCOUNTING DEPARTMENT
P.O. BOX 1020
SOLEDAD, CA 93960-1020              [prisoner name]

_____ where (s)he is confined.

[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ **2.17** and the average balance in the prisoner's account each month for the most recent 6-month period was $ **15.03**.

Dated: **8/4/08**                              *L. Macias*

[Authorized officer of the institution]

E-filing    CV 08 3909    MMC (PR)    E-filing

```
REPORT ID: TS3030  .701                                                              REPORT DATE: 08/04/08
                                                                                     PAGE NO:          1
                          CALIFORNIA DEPARTMENT OF CORRECTIONS
                                SALINAS VALLEY STATE PRISON
                              INMATE TRUST ACCOUNTING SYSTEM
                              INMATE TRUST ACCOUNT STATEMENT

                       FOR THE PERIOD: FEB. 01, 2008 THRU AUG. 04, 2008

ACCOUNT NUMBER  : C28615                          BED/CELL NUMBER: FDB7T1000000116U
ACCOUNT NAME    : STRUGGS, CEDRIC LYNN            ACCOUNT TYPE: I
PRIVILEGE GROUP : A

                              TRUST ACCOUNT ACTIVITY

        TRAN
DATE    CODE    DESCRIPTION         COMMENT     CHECK NUM   DEPOSITS    WITHDRAWALS    BALANCE
----    ----    -----------         -------     ---------   --------    -----------    -------
02/01/2008      BEGINNING BALANCE                                                        73.91
02/05  W512    LEGAL POSTAGE    2022 ENVEL                                    1.35       72.56
02/08  FC06    DRAW-FAC 6       2091 D1                                      30.00       42.56
02/20* W415    CASH WITHDRAW    2175 WRITE  284041971                        40.00        2.56
03/18  W512    LEGAL POSTAGE    2426 LPOST                                    2.56        0.00
03/28* DD30    CASH DEPOSIT     2504 7514                     11.25                      11.25
05/01  W536    COPAY CHARGE     2792 COPAY                                    5.00        6.25
05/01  W512    LEGAL POSTAGE    2789 LPOST                                    1.65        4.60
05/06* VD53    INMATE PAYROL    2821 P4/08                     1.77                       6.37
05/12  FC06    DRAW-FAC 6       2870 D7                                       6.37        0.00

                              CURRENT HOLDS IN EFFECT

DATE          HOLD
PLACED        CODE      DESCRIPTION                       COMMENT          HOLD AMOUNT
------        ----      -----------                       -------          -----------
07/22/2008    H109      LEGAL POSTAGE HOLD            0175 ENVEL                  0.60
07/22/2008    H118      LEGAL COPIES HOLD             0175 LCOPY                  1.20
07/23/2008    H109      LEGAL POSTAGE HOLD            0204 LPOST                  5.05
07/23/2008    H109      LEGAL POSTAGE HOLD            0204 LPOST                  5.05
07/23/2008    H109      LEGAL POSTAGE HOLD            0204 LPOST                  5.05
07/23/2008    H118      LEGAL COPIES HOLD             0204 LCOPY                 24.00

                          * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 02/24/00                        CASE NUMBER: SS991499
COUNTY CODE: MON                                FINE AMOUNT: $     800.00

DATE        TRANS.   DESCRIPTION                       TRANS. AMT.       BALANCE
----        ------   -----------                       -----------       -------
02/01/2008  BEGINNING BALANCE                                             773.64
```

```
REPORT ID: TS3030 .701                                          REPORT DATE: 08/04/08
                                                                PAGE NO:        2
                         SALINAS VALLEY STATE PRISON
                       INMATE TRUST ACCOUNT STATEMENT

                  FOR THE PERIOD: FEB. 01, 2008 THRU AUG. 04, 2008

ACCT: C28615       ACCT NAME: STRUGGS, CEDRIC LYNN        ACCT TYPE: I

                         * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 02/24/00                      CASE NUMBER: SS991499
COUNTY CODE: MON                              FINE AMOUNT: $     800.00

  DATE      TRANS.   DESCRIPTION                    TRANS. AMT.    BALANCE
  ------    ------   -----------                    -----------    -------
 03/28/08   DR30     REST DED-CASH DEPOSIT              12.50-     761.14
 05/06/08   VR53     RESTITUTION DEDUCTION-IWF           1.95-     759.19

   * THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
   * IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *

                         TRUST ACCOUNT SUMMARY

 BEGINNING    TOTAL        TOTAL       CURRENT     HOLDS      TRANSACTIONS
  BALANCE    DEPOSITS   WITHDRAWALS    BALANCE    BALANCE    TO BE POSTED
 ---------   --------   -----------    -------    -------    ------------
    73.91      13.02         86.93        0.00      40.95           0.00

                                                          CURRENT
                                                         AVAILABLE
                                                          BALANCE
                                                         ---------
                                                            40.95-
```

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE. 8/4/08
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY [signature] SVSP
   TRUST OFFICE

Cedric Struggs C-28605
P.O. Box 1050 D1-116
Soledad, Cal. 93960-1050
Salinas Valley State Prison

Office of the Clerk, U.S.
District Court, Northern District
of California
450 Golden Gate Ave,
San Francisco, Cal. 94102

