UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEDRIC LYNN STRUGGS,<br><br>    Plaintiff,<br><br>v.<br><br>MIKE EVANS et al,<br><br>    Defendant. | Case Number: CV08-03909 MMC<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 12, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Cedric Lynn Struggs
Salinas Valley State Prison
C-28615
P.O. Box 1050 07-116
Soledad, CA 93960-1050

Dated: March 12, 2010

                                                Richard W. Wieking, Clerk

                                                By: Frank Justiliano, Deputy Clerk