IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEDRIC LYNN STRUGGS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MIKE EVANS, Warden, et al.,<br><br>　　　　Defendants.<br>_____ | No. C 08-3909 MMC (PR)<br><br>**ORDER GRANTING DEFENDANTS' FIRST REQUEST FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTION**<br><br>**(Docket No. 12)** |

　　　Good cause appearing, defendants' request for an extension of time to file a dispositive motion is hereby GRANTED. Defendants shall file a dispositive motion no later than **July 25, 2010**. Plaintiff shall file opposition to the motion within **thirty** days of the date the motion is filed. Defendants shall file a reply within **fifteen** days of the date the opposition is filed.

　　　This order terminates Docket No. 12.

　　　IT IS SO ORDERED.

DATED: June 28, 2010

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　United States District Judge