IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CEDRIC LYNN STRUGGS,

        Plaintiff,

  v.

WARDEN MIKE EVANS, et al.,

        Defendants.
                                     /

No. CV-08-3909 MMC (PR)

**JUDGMENT IN A CIVIL CASE**

    **( )  Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X)  Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** defendants' motion to dismiss is hereby GRANTED, and the instant action is hereby DISMISSED without prejudice to plaintiff's filing a new civil rights action if and when a cause of action accrues.

Dated: December 6, 2010                                      Richard W. Wieking, Clerk

                                                                              By: Tracy Lucero
                                                                                 Deputy Clerk